UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:21-CR-95-1-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JANIA DELICIA LEGGETT, | ) | |
| Defendant. | ) | |

THIS CAUSE is before the Court, on Defendant's Motion to Seal document number 123.

The Motion is GRANTED.

This is the 19 day of December, 2022.

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE